UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 11 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAS VEGAS SUN, INC., <br><br> Plaintiff-Appellee, <br><br> v. <br><br> SHELDON ADELSON; PATRICK DUMONT; NEWS+MEDIA CAPITAL GROUP, LLC; LAS VEGAS REVIEW-JOURNAL, INC.; INTERFACE OPERATIONS, LLC d/b/a ADFAM, <br><br> Defendants-Appellants. | Nos. 24-2287 <br><br> D.C. No. 2:19-cv-01667-ART-MDC <br> District of Nevada <br> Las Vegas <br><br> ORDER |

Before: COLLINS, VANDYKE, and MENDOZA, Circuit Judges.

The panel has unanimously voted to deny the petition for panel rehearing and the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* FED. R. APP. P. 40. Accordingly, Appellee's petition for panel rehearing and for rehearing en banc (Dkt. Entry 62) is **DENIED.**