| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>SEP 24 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

LAS VEGAS SUN, INC.,

        Plaintiff-Appellee,

 v.

SHELDON ADELSON; PATRICK DUMONT; NEWS+MEDIA CAPITAL GROUP, LLC; LAS VEGAS REVIEW-JOURNAL, INC.; INTERFACE OPERATIONS, LLC d/b/a ADFAM,

        Defendants-Appellants.

No. 24-2287

D.C. No. 2:19-cv-01667-ART-MDC
District of Nevada
Las Vegas

ORDER

Before: COLLINS, VANDYKE, and MENDOZA, Circuit Judges.

Appellee's motion to stay the mandate pending the filing and disposition of a petition for certiorari (Dkt. No. 64) is GRANTED. *See* Fed. R. App. P. 41(d). To permit the timely filing of a petition for certiorari, the mandate is stayed for 90 days, which time period may be further extended in accordance with Federal Rule of Appellate Procedure 41(d)(2)(A), (B)(i). If a petition for certiorari is timely filed, then the mandate shall be further stayed pending the Supreme Court's disposition of the petition. *See* Fed. R. App. P. 41(d)(2)(B)(ii).